```
FILED: MARCH 27, 2008
08CV1794
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS
EDA
```

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Practice Management Support Services, Inc.

**DEFENDANTS**
Coding Strategies, Inc.

**(b)** County of Residence of First Listed Plaintiff: Cook County, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cobb County, GA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Brian J. Wanca, Anderson + Wanca, 3701 Algonquin Road Suite 760, Rolling Meadows, IL 60008 847/368/1500

Attorneys (If Known)
Clark C. Johnson, Brian H. Meldrum, Stites & Harbison P.L.L.C., 400 W. Market Street, Louisville, KY 40202 502/681/0578

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 890 Other Statutory Actions

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
Plaintiff has filed class action under 47 USC 227

## VIII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

**DATE:** 3/28/08
**SIGNATURE OF ATTORNEY OF RECORD:** /s/ Brian H. Meldrum, Counsel for Defendant Coding Strategies, Inc.