U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Practice Management Support Services, Inc.<br>v.<br>Coding Strategies, Inc. | FILED: MARCH 27, 2008<br>08CV1794        EDA<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Coding Strategies, Inc.

| NAME (Type or print) |
|---|
| Brian H. Meldrum |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *Brian H. Meldrum* |

| FIRM |
|---|
| Stites & Harbison, P.L.L.C. |

| STREET ADDRESS |
|---|
| 400 W. Market Street |

| CITY/STATE/ZIP |
|---|
| Louisville, KY 40202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL ARDC 6271672 | 502-681-0578 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]