**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

PRACTICE MANAGEMENT SUPPORT
SERVICES, INC., et al.,

       Plaintiffs,

v.

CODING STRATEGIES, INC.,

       Defendant.

Case No.

```
FILED: MARCH 27, 2008
08CV1794              EDA
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS
```

**CORPORATE DISCLOSURE STATEMENT**
**OF CODING STRATEGIES, INC.**

    Defendant Coding Strategies, Inc., by counsel and pursuant to Fed. R. Civ. P. 7.1 and

L.R. 3.2, states that it has no corporate parent, that no publicly-held corporation owns 10% or

more of the stock of Coding Strategies, Inc., and that no entity owns more than 5% of the stock

of Coding Strategies, Inc.

                Respectfully submitted,

                s/ *Brian H. Meldrum*
                Clark A. Johnson
                Brian H. Meldrum
                STITES & HARBISON, PLLC
                400 West Market Street, Suite 1800
                Louisville, KY  40202-3352
                Telephone: (502) 587-3400

                COUNSEL FOR DEFENDANT,
                CODING STRATEGIES, INC.

## CERTIFICATE OF SERVICE

On March 27, 2008, I served a copy of the foregoing Corporate Disclosure Statement upon the counsel of record set forth below by first class U.S. Mail, postage-prepaid.

Brian J. Wanca
ANDERSON + WANKA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008

Max G. Margulis
MARGULIS LAW GROUP
14236 Cedar Springs Dr.
Chesterfield, MO 63017

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1800
Chicago, IL 60602

s/ *Brian H. Meldrum*
Brian H. Meldrum