## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRACTICE MANAGEMENT SUPPORT SERVICES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>CODING STRATEGIES, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) No. 08 CV 1794<br>)<br>)<br>) Judge Holderman<br>) Magistrate Judge Keys<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF COUNTS II AND III ONLY WITHOUT PREJUDICE

Plaintiff, PRACTICE MANAGEMENT SUPPORT SERVICES, INC., as allowed under Federal Rules of Civil Procedure 41(a)(1), hereby voluntarily dismisses Counts II and III of the Class Action Complaint against Defendant, CODING STRATEGIES, INC., without prejudice. Count I remains pending.

              Respectfully submitted,


              s/Brian J. Wanca
              One of the Attorneys for Plaintiff


Brian J. Wanca           Phillip A. Bock
ANDERSON + WANCA        BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760     134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008      Chicago, IL  60602
Telephone:  847/368-1500       Telephone:  312/658-5500

Max G. Margulis
MARGULIS LAW GROUP
14236 Cedar Springs Drive
Chesterfield, MO  63017
Telephone:  314/434-8502

## CERTIFICATE OF SERVICE

  I hereby certify that on April 3, 2008, I electronically filed this Notice of Voluntarily Dismissal of Counts II and III with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

  Clark C. Johnson @ cjohnson@stites.com
  Brian Hugh Meldrum @ bmeldrum@stites.com

                s/Brian J. Wanca
                One of the Attorneys for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |

Max G. Margulis
MARGULIS LAW GROUP
14236 Cedar Springs Drive
Chesterfield, MO  63017
Telephone:  314/434-8502