UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Practice Management Support Services, Inc.

                            Plaintiff,

v.                                             Case No.: 1:08−cv−01794

                                             Honorable James F. Holderman

Coding Strategies, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: On notice of the plaintiff, pursuant to Federal Rules of Civil Procedure 41(a)(1), counts II and III of the class action complaint is voluntarily dismissed without prejudice against the defendant, Coding Strategies, Inc. Count I remains pending. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.