UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case

**Practice Management Support Services, Inc. et. al. v. Coding Strategies, Inc.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Coding Strategies, Inc.**

| SIGNATURE | *[signature]* |
|---|---|
| FIRM | SMITHAMUNDSEN, LLC |
| STREET ADDRESS | 150 NORTH MICHIGAN AVENUE, SUITE 3300 |
| CITY/STATE/ZIP | CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281122 | TELEPHONE NUMBER (312) 894-3200 |
|---|---|
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES / /     NO / x / |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES / /     NO / x / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / /     NO /x / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES / /     NO /x / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / / | APPOINTED COUNSEL / / |