Case No. 08 CV 1794                                              3007051-ELS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PRACTICE MANAGEMENT SUPPORT SERVICES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br>v.<br><br>CODING STRATEGIES, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 08 CV 1794<br>)<br>)  Judge James F. Holderman<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

TO:    Brian J. Wanca                            Phillip A. Bock
         Ryan M. Kelly                            Bock & Hatch, LLC
         Anderson & Wanca                  134 N. LaSalle Street
         3701 Algonquin Road, Suite 760    Suite 1000
         Rolling Meadows, IL 60008            Chicago, IL 60602

     PLEASE TAKE NOTICE THAT on the 15th day of July, 2008, at 9:00 a.m., we shall appear before the Honorable Judge James F. Holderman in Room 2541, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, **DEFENDANT'S MOTION FOR BIFURCATION OF DISCOVERY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 1 and 26**, a copy of which is hereby served upon you.

                                            Respectfully submitted,

                                            SmithAmundsen LLC

                                By:    __/s/ Eric L. Samore_____
                                            Attorneys for Defendant,
                                            CODING STRATEGIES, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 8th day of July 2008, he served a Notice of Motion and the Defendant's Motion for Bifurcation of Discovery Pursuant to Federal Rules of Civil Procedure 1 and 26 on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Bock & Hatch, LLC |
| Anderson & Wanca | 134 N. LaSalle Street |
| 3701 Algonquin Road, Suite 760 | Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: July 8, 2008.

_____/s/ Eric L. Samore_____

Eric L. Samore, ARDC # 6181345
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR CODING STRATEGIES, INC.