Case No. 08 CV 1794                                                                 3007051-ELS

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PRACTICE MANAGEMENT SUPPORT SERVICES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, </br></br>    Plaintiff, </br>v. </br></br>CODING STRATEGIES, INC. </br></br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Case No. 08 CV 1794 </br></br> Judge James F. Holderman |

**NOTICE OF MOTION**

TO:   Brian J. Wanca                         Phillip A. Bock
      Ryan M. Kelly                          Bock & Hatch, LLC
      Anderson & Wanca                       134 N. LaSalle Street
      3701 Algonquin Road, Suite 760         Suite 1000
      Rolling Meadows, IL 60008              Chicago, IL  60602

   PLEASE TAKE NOTICE THAT on the 15th day of July, 2008, at 9:00 a.m., we shall appear before the Honorable Judge James F. Holderman in Room 2541, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, **DEFENDANT'S MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**, a copy of which is hereby served upon you.

                                    Respectfully submitted,

                                    SmithAmundsen LLC


                            By:     /s/ Darren P. Grady
                                    Attorneys for Defendant,
                                    CODING STRATEGIES, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of July 2008, he served a Notice of Motion and the Defendant's Motion for Entry of Agreed Protective Order on:

Brian J. Wanca
Ryan M. Kelly
Anderson & Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008

Phillip A. Bock
Bock & Hatch, LLC
134 N. LaSalle Street
Suite 1000
Chicago, IL 60602

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: July 8, 2008.

_/s/ Darren P. Grady_

Eric L. Samore, ARDC # 6181345
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR CODING STRATEGIES, INC.