# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1794 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Practice Management Support Services vs. Coding Strategies, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/10/2008. On defendant's motion to bifurcate of discovery pursuant to Federal Rules of Civil Procedure 1 and 26 [20], response due by 7/31/2008; reply due by 8/14/2008. The Court to rule electronically and will set further dates at the time of ruling. Defendant's motion for protective order [22] is granted. ENTER AGREED PROTECTIVE ORDER regarding Confidential Information.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | AMM |
|---|---|---|