## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PRACTICE MANAGEMENT SUPPORT SERVICES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>              Plaintiff,<br><br>v.<br><br>CODING STRATEGIES, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)  No. 08 CV 1794<br>)<br>)  Judge Holderman<br>)  Magistrate Judge Keys<br>)<br>)<br>)<br>) |

### AGREED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, PRACTICE MANAGEMENT SUPPORT SERVICES, INC., pursuant to Fed. R. Civ. P. 41(a), and moves to voluntarily dismiss its claims and this action with prejudice, and in support thereof, alleges and states as follows:

1. Plaintiff filed a putative Class Action Complaint against Defendant alleging violations of the Telephone Consumer Protection Act.

2. Defendant removed this case to Federal Court.

3. Plaintiff has not moved for class certification before this Court. More important, the Court has not certified a class. Fed. R. Civ. P. 23(e).

4. Plaintiff wishes to dismiss this case with prejudice.

5. Defendant has no objection to this motion.

WHEREFORE, Plaintiff prays that this Court dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

                                                  Respectfully submitted,

                                                  s/Brian J. Wanca
                                                  One of Plaintiff's Attorneys

| | |
|---|---|
| Brian J. Wanca<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 760<br>Rolling Meadows, IL 60008<br>Telephone: 847/368-1500 | Phillip A. Bock<br>BOCK & HATCH, LLC<br>134 N. LaSalle Street, Suite 1000<br>Chicago, IL 60602<br>Telephone: 312/658-5500 |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2008, I electronically filed this Agreed Motion for Voluntary Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              s/Brian J. Wanca
                                              Brian J. Wanca
                                              Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |