### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PRACTICE MANAGEMENT SUPPORT SERVICES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) No. 08 CV 1794<br>)<br>) Judge Holderman |
| v. | ) Magistrate Judge Keys<br>) |
| CODING STRATEGIES, INC., | )<br>) |
| Defendant. | ) |

### NOTICE OF MOTION

TO:    Eric Samore                                     Clark A. Johnson
        Darren Grady                                Brian H. Meldrum
        Smith Amundsen, LLC               Stites & Harbison, PLLC
        150 N. Michigan Avenue, Suite 3300    400 West Market Street, Suite 1800
        Chicago, IL  60601                      Louisville, KY  40202-3352
        *Fax: 312/894-3210*                    *Fax: 502/587-6391*

     PLEASE TAKE NOTICE that on August 14, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James F. Holderman, or any judge sitting in his stead, in Courtroom 2541 of the United States District Court, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present *Agreed Motion for Voluntary Dismissal with Prejudice,* a copy of which is attached hereto and hereby served upon you.

                                                                       s/Brian J. Wanca
                                                                       One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

     I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

[X]   Under penalties as provided by law pursuant
      to 28 U.S.C. § 1746(2), I certify that the statements
      set forth herein are true and correct.
                                                                     s/Brian J. Wanca


Brian J. Wanca                                  Phillip A. Bock
ANDERSON + WANCA                  BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760        134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008              Chicago, IL  60602
Telephone: 847/368-1500                 Telephone:  312/658-5500