**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Practice Management Support Services, Inc.

                                Plaintiff,

v.                                                       Case No.: 1:08−cv−01794

                                                         Honorable James F. Holderman

Coding Strategies, Inc.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 8, 2008:

     MINUTE entry before the Honorable James F. Holderman: Defendant Coding Strategies, Inc.'s motion to bifurcate of discovery pursuant to Federal Rules of Civil Procedure 1 and 26 [20] is terminated as moot. The application of Max G. Margulis to appear pro hac vice [27] is granted. Plaintiff's agreed motion for voluntary dismissal with prejudice [28] is granted. This case is voluntarily dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.